SO ORDERED: January 14, 2014.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:   DONALD LEO WHEATLY JR
         JOETTA SUE WHEATLY

Debtor(s)                                      CASE NO:  10-90396

### ORDER APPROVING TRUSTEE'S FIRST OMNIBUS OBJECTION

The Chapter 13 Trustee, Joseph M. Black Jr., filed his FIRST Omnibus Objection on December 12, 2013, and the response time expired on January 13, 2014.

The Court, after reviewing the Trustee's objection and no responses being filed, HEREBY approves the Trustee's proposed treatment of all claims listed.

Therefore, it is ORDERED, ADJUDGED AND DECREED that the Trustee's FIRST Omnibus Objection shall be Sustained.  It is further ORDERED that the proposed treatment(s) by the Trustee is APPROVED.

The Trustee's office will distribute this order.

### 

JMB